MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for plaintiff*
*U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-10<br><br>Plaintiff,<br><br>vs.<br><br>BRAEWOOD HERITAGE ASSOCIATION, a domestic non-profit corporation; PRO FORMA LIEN & FORECLOSURE SERVICES, an unknown entity; RAY BELL, an individual; DARREN E. OLDS, an individual; Does 1 through 10; and Roe Corporations 1 through 10,<br><br>Defendant. | Case No.: 2:16-cv-01727-JCM-GWF<br><br>SUBSTITUTION OF COUNSEL FOR PLAINTIFF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-10 |

///

///

///

///

///

42369723;1
44790257;1

Plaintiff U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10 hereby consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

> U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-10, BY AND THROUGH ITS ATTORNEY IN FACT, NATIONSTAR MORTGAGE LLC
>
> By: _____
> A. J. Loll
> Its: Attorney-in-Fact as Trustee

Rock K. Jung, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10.

DATED this ___ day of April, 2018.

> WRIGHT, FINLAY & ZAK, LLP
>
> _____
> ROCK K. JUNG, ESQ.
> Nevada Bar No. 10906
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, Nevada 89117

///
///
///

2

42369723;1
44790257;1

Plaintiff U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10 hereby consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this ___ day of April, 2018.

> U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-10, BY AND THROUGH ITS ATTORNEY IN FACT, NATIONSTAR MORTGAGE LLC
>
> By: _____
>
> Its: _____

Rock K. Jung, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10.

DATED this 4 day of April, 2018.

> WRIGHT, FINLAY & ZAK, LLP
>
> /s/ Rock K. Jung    #9524
>                    for
> ROCK K. JUNG, ESQ.
> Nevada Bar No. 10906
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, Nevada 89117

///

///

///

2

42369723;1
44790257;1

Melanie D. Morgan, Esq. and Karen A. Whelan, Esq. of the law firm AKERMAN LLP, consent to substitution as counsel of record for plaintiff U.S. Bank National Association as Trustee for Harborview Mortgage Loan Trust 2005-10 Mortgage Loan Pass-Through Certificates Series 2005-10 in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 3rd day of April, 2018.

AKERMAN LLP

/s/ 
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

**IT IS SO ORDERED:**

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 4/11/2018

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR PLAINTIFF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-10 MORTGAGE LOAN PASS-THROUGH CERTIFICATES SERIES 2005-10,**, addressed to:

| | |
|---|---|
| David A Markman , Esq.<br>Karen Kao , Esq.<br>**Lipson Neilson P.C.**<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Braewood Heritage Association* | Edgar C Smith , Esq.<br>Rock K. Jung, Esq.<br>**Wright, Finlay & Zak, LLP**<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |

*/s/ Doug J. Layne*
An employee of AKERMAN LLP

44880514;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572